# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**220**
**KA 16-00216**
PRESENT: WHALEN, P.J., CENTRA, PERADOTTO, DEJOSEPH, AND SCUDDER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                              ORDER

TINA KRENKEL, DEFENDANT-APPELLANT.

---

DAVID J. FARRUGIA, PUBLIC DEFENDER, LOCKPORT (JOSEPH G. FRAZIER OF COUNSEL), FOR DEFENDANT-APPELLANT.

THEODORE A. BRENNER, DEPUTY DISTRICT ATTORNEY, LOCKPORT (THOMAS H. BRANDT OF COUNSEL), FOR RESPONDENT.

------------------------------------------------------------------------------------------------------------

Appeal from a judgment of the Niagara County Court (Matthew J. Murphy, III, J.), rendered January 12, 2016. The judgment convicted defendant, upon her plea of guilty, of criminal possession of a controlled substance in the seventh degree.

It is hereby ORDERED that said appeal is unanimously dismissed (*see People v Bald*, 34 AD3d 1362, 1362).

Entered: March 24, 2017                          Frances E. Cafarell
                                                 Clerk of the Court